IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY MILLER**                                                                                                            **PETITIONER**

v.                                      NO. 4:21-cv-00745 BRW

**DEXTER PAYNE, Director of the**                                                                          **RESPONDENT**
**Arkansas Division of Correction**

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Timothy Miller ("Miller") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Miller cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 28th day of December, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE