IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY MILLER**                                                                                           **PETITIONER**

**v.**                                           **NO. 4:21-cv-00745 BRW**

**DEXTER PAYNE, Director of the**                                              **RESPONDENT**
**Arkansas Division of Correction**

JUDGMENT

Consistent with the Order entered today, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 28th day of December, 2021.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE